# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARMEN RAMOS | : |
| Plaintiff | : |
| v. | :    CIVIL ACTION NO. RWT-09-306 |
| PEANUT CORPORATION OF AMERICA | : |
| Defendant | : |

## **O R D E R**

On February 11, 2009, the Court granted Plaintiff ten days to file a show cause response addressing why this case should not be dismissed with prejudice for filing a false application. Plaintiff has failed to respond, and the case shall be dismissed with prejudice.

It is this 23rd day of February 2009, by the United States District Court for the District of Maryland, hereby ordered that:

1. The Motion to Proceed in Forma Pauperis IS DENIED;

2. The case IS DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(A);

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL MAIL a copy of this Order to Plaintiff.

                                            /s/
                                ROGER W. TITUS
                        UNITED STATES DISTRICT JUDGE